UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 11 AM 10:09

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. |
| | ) | '07 MJ 2429 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| Eduardo MARTINEZ-Valdez | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **April 23, 2007**, within the Southern District of California, defendant, **Eduardo MARTINEZ-Valdez**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gregory M. Harrison, Immigration &
Customs Enforcement, Deportation Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th DAY OF October 2007.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Deportation Officers review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On Monday, April 23, 2007, U.S. Border Patrol Agent John A. Casillas apprehended the defendant identified as Eduardo MARTINEZ-Valdez in the United States, conducted a field interview and determined him to be a citizen of Mexico. The defendant was transported to the Imperial Beach Station where information indicated that he was possibly on parole in the United States. The defendant was confirmed to be on parole, an immigration detainer placed and the defendant booked into county jail for violation of parole. On Wednesday, October 10, 2007, at approximately 8:10 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. Deportation Officer Gregory M. Harrison reviewed various sources of information and conducted official record checks in regards to the defendant revealing him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States by an Immigration Judge on January 19, 2005 and removed to Mexico via the Nogales Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Eduardo MARTINEZ-Valdez, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico having been previously removed and has no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Eduardo MARTINEZ-Valdez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.