**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Eduardo Martinez-Valdez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>EDUARDO MARTINEZ-VALDEZ,<br><br>           Defendant. | Case No. 07CR3070-L<br><br>DATE:   January 7, 2008<br>TIME:   2:00 p.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS:**<br><br>**(1)   TO COMPEL DISCOVERY; AND**<br>**(2)   FOR LEAVE TO FILE FURTHER MOTIONS** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       JOSEPH J.M. ORABONA, ASSISTANT UNITED STATES ATTORNEY:

   PLEASE TAKE NOTICE that, on January 7, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Eduardo Martinez-Valdez, through counsel, Gregory T. Murphy and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

   The defendant, Eduardo Martinez-Valdez, through counsel, Gregory T. Murphy and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

   1)   Compelling discovery; and

   2)   For leave to file further motions.

1  These motions are based upon the instant motions and notice of motions, the attached statement of
2 facts and memorandum of points and authorities, and all other materials that may come to this Court's
3 attention at the time of the hearing on these motions.

4                                    Respectfully submitted,

5

6 DATED:      December 28, 2007           /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
7                                        Federal Defenders of San Diego, Inc.
                                         Attorneys for Eduardo Martinez-Valdez