KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3070-L |
| Plaintiff, | The Honorable M. James Lorenz |
| v. | |
| EDUARDO MARTINEZ-VALDEZ, | **MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| Defendant. | |

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Joseph J.M. Orabona, and hereby moves this Court to dismiss, without prejudice, the Information filed against the above named defendant.

On November 15, 2007, Defendant waived Indictment and agreed to allow the United States to file an Information against Defendant. The Information charges Defendant with one count of being a deported alien found in the United States, in violation of 8 U.S.C. § 1326 (a) and (b). On November 15, 2007, Defendant was arraigned on the Information and entered a plea of not guilty. On or about December 18, 2007, Defendant informed the United States of his intent not to plead guilty. On December 19, 2007, the United States obtained an Indictment charging Defendant with one count of being a deported alien found in the United States, in violation of 8 U.S.C. § 1326 (a) and (b). On

1  December 20, 2007, Defendant was arraigned on the Indictment and pled not guilty.  The indicted case
2  is criminal case no. 07CR3401-L.  Since the United States will be proceeding in the indicted case, and
3  in the interest of justice, the United States moves to dismiss, without prejudice, the Information, filed
4  in criminal case no. 07CR3070-L, against defendant EDUARDO MARTINEZ-VALDEZ.
5      The United States will proceed against the defendant EDUARDO MARTINEZ-VALDEZ in
6  criminal case no. 07CR3401-L.
7      DATE:   January 2, 2008.
8                    Respectfully submitted,
9                    KAREN P. HEWITT
                     United States Attorney
10
                     /s/ Joseph J.M. Orabona
11                   JOSEPH J.M. ORABONA
                     Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3070-L |
| Plaintiff, ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| EDUARDO MARTINEZ-VALDEZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE, as lead counsel for the United States, dated December 31, 2007, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Greg Murphy, Esq.
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101
   Tel:  (619) 234-8467
   Email: gregory_murphy@fd.org
   *Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2008.

/s/ **Joseph J.M. Orabona**
JOSEPH J.M. ORABONA
Assistant United States Attorney

3