## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3070-L |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| EDUARDO MARTINEZ-VALDEZ, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and for good cause appearing, namely that there is an Indictment pending in Criminal Case No. 07CR3401-L, IT IS HEREBY ORDERED that the above entitled Information charging the defendant with one count of being a deported alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b), a felony, filed November 15, 2007, before Magistrate Judge Leo S. Papas, be dismissed, without prejudice, as to defendant EDUARDO MARTINEZ-VALDEZ.

**IT IS SO ORDERED.**

DATED: January 4, 2008

_____
M. James Lorenz
United States District Court Judge