# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  07 CR 3070-L |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. 37336359 |
| Eduardo Martinez-Valdez (1) | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of   1/4/07
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

   X   Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

   X   Other. Dft to remain in custody in 07CR 3401-L

M. JAMES LORENZ
UNITED STATES ~~MAGISTRATE~~ District JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by S. Volkert
Deputy Clerk

Received _____
DUSM

S. VOLKERT

Crim-9   (Rev 6-95)                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY