**FILED**
JAN - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO MARTINEZ-VALDEZ,<br><br>　　　　　Defendant. | Criminal Case No. 07CR3070-L<br><br>**ORDER** |

　　Upon motion of the UNITED STATES OF AMERICA and for good cause appearing, namely that there is an Indictment pending in Criminal Case No. 07CR3401-L, IT IS HEREBY ORDERED that the above entitled Information charging the defendant with one count of being a deported alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b), a felony, filed November 15, 2007, before Magistrate Judge Leo S. Papas, be dismissed, without prejudice, as to defendant EDUARDO MARTINEZ-VALDEZ.

**IT IS SO ORDERED.**

DATED: January 4, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

I have executed within  Order
Judgement and Commitment on 1/4/08
　　United States Marshal
By: _____
USMS Criminal Section